# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

PAUL RAYMOND FAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4064

————————————————

March 22, 2024

Appeal from the Circuit Court for Hillsborough County; Margaret R. Taylor, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

   Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.